# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | | |
|---|---|---|
| SHAH and URSULA KABIR, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 14 C 1131 |
| | ) | |
| v. | ) | |
| | ) | Judge Ellis |
| FREEDMAN ANSELMO LINDBERG, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

I, Michael S. Hilicki, pursuant to N.D. Ill. Local Rule 83.17, hereby move for leave to withdraw as counsel for the Plaintiffs in this case, and state:

1. Plaintiffs hired The Consumer Advocacy Center, P.C. (the "CAC") to represent them in this matter.

2. I am leaving the CAC to join another firm.

3. My new firm does not have a representation agreement with the Plaintiffs for this matter. Accordingly, I should no longer participate in the case.

4. Granting this motion will not cause any delay, as Plaintiffs' other counsel, Lance Raphael, Stacy Bardo and Allison Krumhorn, will continue to represent Plaintiffs in this matter.

WHEREFORE, Michael S. Hilicki should be granted leave to withdraw from this case.

Respectfully submitted,

s/*Michael S. Hilicki*
Michael S. Hilicki

Michael S. Hilicki
The Consumer Advocacy Center, P.C.
180 W. Washington St.
Suite. 700
Chicago, Illinois 60602
(312) 782-5808