# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| SHAH KABIR and URSULA KABIR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14-cv-01131 |
| v. ) | |
| ) | |
| FREEDMAN ANSELMO LINDBERG LLC, ) | |
| ) | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FREEDMAN ANSELMO LINDBERG LLC

| |
|---|
| NAME (Type or print): Lindsey A.L. Conley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ *Lindsey A.L. Conley* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS: 222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP: Chicago, IL  60601-1081 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6317860 | TELEPHONE NUMBER: 312/704-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

130951129v1 0961974

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2014, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the foregoing **Appearance** by using the CM/ECF System, which will send notification of such filing(s) to:

Lance A. Raphael
Stacey M. Bardo
The Consumer Advocacy Center, P.C.
180 West Washington Street, Suite 700
Chicago, IL 60602

      *s/Lindsey A.L. Conley*

130951129v1 0961974