## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Shah Kabir, et al.

                          Plaintiff,

v.                                                   Case No.: 1:14–cv–01131
                                                         Honorable Sara L. Ellis

Freedman Anselmo Lindberg

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 19, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to Stipulation of Dismissal with Prejudice [63], this action is dismissed in its entirety, with prejudice pursuant to the parties' Settlement Agreement and Release. Each party shall bear its own costs and attorneys' fees. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.